## Weckman Motor Vehicle Operator License Case.

Argued September 10, 1969.

*Stephen G. Yusem,* with him *High, Swartz, Roberts & Seidel,* for appellant; *R. Joel Weiss,* Deputy Attorney General, with him *Elmer T. Bolla,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed, and a reinstated suspension shall be issued by the Secretary of Revenue within thirty days. Cf. *Heffelfinger Motor Vehicle Operator License Case,* 199 Pa. Superior Ct. 97 (1962).

November 12, 1969

## Commonwealth ex rel. Brown *v.* Brown, Appellant.

Argued September 9, 1969. *Sheldon Tabb,* with him *Needleman, Needleman, Segal & Tabb,* for appellant; *Richard Max Bockol,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.